## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
## P.O. Box 16577
## Lake Charles LA 70616
## (337) 433-9403

George Arthur Flournoy
Flournoy, Doggett & Losavio
P. O. Box 1270
Alexandria LA 71309-1270

**REHEARING ACTION: March 21, 2018**

**Docket Number: 17   00655-WCA**

**JAMES CRAWFORD BAILEY**
**VERSUS**
**VEOLIA ENVIRONMENTAL SERVICES**

**Appealed from Office of Workers' Compensation - # 3 Case No. 16-01727**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Shannon J. Gremillion**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **James Crawford Bailey** has this day been

    **DENIED.**

cc: Maurice Blake Monrose, Counsel for the Appellee